UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JOHN JERMAINE JACKSON,**

    Plaintiff,

  -vs-                              Case No. 14-C-32

**FEDERAL BUILDING, 517 E. WISCONSIN AVE., MILWAUKEE, WI, 53202**

    Defendant.

---

## DECISION AND ORDER

---

John Jermaine Jackson, dubbing himself "King of All States & Foreign States," has filed a complaint with a series of bizarre allegations, e.g., "I also sent fax's of my claiming such title (King) out of same . . . who our President Rules and guidelines are written in. . . . not the Blessing of (our) Liberty his being (Obama) and I being King of 100% . . . ;" "I as King use my powers vested in me to govern over all who is with-in the guidelines out of the United States Constitution . . . ;" "I will be taking over 100% control of Payroll and 100% control of all common defense etc. outside of United States (my civil rights) fully . . ."

Jackson's claims are obviously frivolous. *See, e.g., Lim v. BMO Fin. Group*, 497 F. App'x 621, 626 (7th Cir. 2012) (explaining that a "frivolous claim is one that 'no reasonable person could suppose to have any merit,' and factual allegations are frivolous if they are 'bizarre, irrational or incredible'") (quoting *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000) and *Edwards v. Snyder*, 478 F.3d 827, 829 (7th Cir.

2007)); 28 U.S.C. § 1915(e)(2)(B)(i).

Therefore, Jackson's motion for leave to proceed *in forma pauperis* [ECF No. 2] is **GRANTED**, but this matter is **DISMISSED**. The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 15th day of January, 2014.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**